# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

BRIAN TULLY

_____/

**SEALED INDICTMENT**

4:19cr33-MW

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about March 9, 2019, in the Northern District of Florida, the defendant,

**BRIAN TULLY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved hydrocodone, alprazolam, and marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT TWO

On or about March 9, 2019, in the Northern District of Florida, the defendant,

FILED USDC FLND TL
APR 3 '19 PM2:20

**BRIAN TULLY,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment, did knowingly possess a firearm, namely, a Jimenez .380 caliber pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about March 9, 2019, in the Northern District of Florida, the defendant,

**BRIAN TULLY,**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, that is:

1. a. On or about August 19, 2015, **BRIAN TULLY** was convicted in the State of Florida of Burglary of Structure, and Grand Theft;

   b. On or about August 19, 2015, **BRIAN TULLY** was convicted in the State of Florida of Aggravated Assault With Deadly Weapon; and

  c. On or about August 19, 2015, **BRIAN TULLY** was convicted in the State of Florida of Driving While License Suspended or Revoked.

2. For each of these crimes, **BRIAN TULLY** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **BRIAN TULLY** did knowingly possess a firearm to wit, a Jimenez .380 caliber pistol, and Remington .380 caliber ammunition.

4. This firearm and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation alleged in Count One punishable by imprisonment for more than one year, the defendant,

**BRIAN TULLY,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

B. Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third person;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**BRIAN TULLY,**

4

knowingly committed the violations set forth in Counts Two and Three of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

                              A TRUE BILL:

                              REDACTED
                              FOREPERSON

                              4/2/2019
                              DATE

LAWRENCE KEEFE
United States Attorney

JASON R. COODY
Assistant United States Attorney

5