I am trying to find out if my Federal cases are being ran concurrent '3 if so what is my release date in my Federal sentence. I was also wondering what is the address to the Federal Plubic defenders office. I look forward to hearing from you.

Thank you
Brian Tully

Brian Tully

PROVIDED TO
SANTA ROSA C.I. ON

MAR 2 3 2020

FOR MAILING BY

FILED USDC FLND TL
APR 8 '20 PM12:43

Santa Rosa Correctional Institution
5850 East Milton Rd
Milton, FL 32583



Clerk of Court/Northern Dist.
Tallahassee Division
1 N. Adams ST.      CHECKED APR - 8 20
Tallahassee, FL 32301

04/07

PROVIDED TO
SANTA ROSA C.I. ON

MAR 2 3 2020

FOR MAILING BY



MAILED FROM A STATE
CORRECTIONAL INSTITUTION
24 MAR '20
PM 3 L